1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16

JULIA ROSE AVILA

    Plaintiff,

  vs.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

Case No.  CV 16-7746-RGK (KES)


SUPPLEMENTAL ORDER RE:
PROCEDURES IN SOCIAL SECURITY
APPEAL

17
18
19
20

   The Court has issued its Order Re: Procedures in Social Security Appeal.  The parties are further ordered to comply with the following additional procedures.

21

**I. Joint Submission**

22
23
24
25
26

   The Joint Submission shall be filed in the manner set forth below.  A Joint Submission that is not prepared in the manner required by this order may be stricken, in which event the parties will be required to cure the defects by electronically filing an Amended Joint Submission.  Unless otherwise ordered, the issues presented in any Joint Submission shall be deemed submitted for decision without oral argument.

27

//

28

//

1

A. <u>Content of Joint Submission</u>

The Joint Submission shall include a brief summary of the case, the parties' positions with respect to the Administrative Law Judge's ("ALJ") summary of the material medical evidence and testimony of record, a statement of the disputed issues, the parties' contentions with respect to each disputed issue, and the parties' statements of the relief requested. Any issue not raised in the Joint Submission may be deemed to have been waived. The Court is familiar with the standard of review and the sequential evaluation process, so the parties should avoid boilerplate discussions of the governing legal standards. Rather, the parties should focus on applying relevant and controlling legal authority to the facts germane to each disputed issue.[1] When citing cases, statutes, regulations, Social Security Rulings, medical and vocational reference sources, or other legal authority to support their legal arguments, the parties shall provide complete and accurate citations to the portions of those authorities relied upon. The parties shall also specify the evidence upon which they rely to support their contentions and provide accurate page citations to the administrative record for all evidence relied upon ["AR ___"]. In addition, all medical terminology (including medical conditions, diagnoses, procedures, tests, anatomical references, and pharmaceuticals) shall be defined in terms understandable to a layperson, preferably by citation to a medical dictionary or glossary from a standard reference work. The parties may not supplement the record beyond definition of technical terms.

B. <u>Format of Joint Submission</u>

The Joint Submission shall be prepared in the following format and shall

---

[1] The parties should cite only controlling case authority (i.e., decisions of the United States Supreme Court or the Ninth Circuit Court of Appeals). If there is no controlling authority, the decisions of other courts may be cited.

comply with the local rules governing form and typeface:

*1.   Summary of the Case*

Plaintiff shall provide a brief summary of the background facts and procedural history.  The Commissioner need not respond to plaintiff's summary, unless the Commissioner believes that plaintiff's summary misstates, mischaracterizes or omits any material facts or proceedings.

*2.   Medical Evidence*

a.   Plaintiff shall state whether plaintiff will stipulate that the ALJ's decision fairly and accurately summarizes the material medical evidence and testimony of record.  If not, plaintiff shall either (a) specify the respects in which plaintiff contends the ALJ's decision misstates, mischaracterizes, or omits any of the material medical evidence and/or testimony of record, or (b) state that the contentions of misstatement, mischaracterization, or omission are addressed in the argument in support of the Joint Submission.

b.   The Commissioner shall state whether the Commissioner will stipulate that the ALJ's decision fairly and accurately summarizes the material medical evidence and testimony of record.  If not, the Commissioner shall either (a) specify the respects in which the Commissioner contends that the ALJ's decision misstates, mischaracterizes, or omits any of the material medical evidence and/or testimony of record, or (b) state that the contentions of misstatement, mischaracterization, or omission are addressed in the argument in support of the Joint Submission.

*3.   Statement of Disputed Issues*

Plaintiff shall identify and frame, in a neutral fashion, each of the disputed issues that plaintiff is raising as the grounds for reversal and/or remand.  [Example: "Issue No. 1 – Whether the ALJ properly evaluated plaintiff's subjective complaints of pain."]

//

3

4.   *Issues and Contentions*

a.     Issue No. 1 [The heading shall conform to the first issue listed in the Statement of Disputed Issues.]

i.     Plaintiff's Contentions Regarding Issue No. 1 [Plaintiff shall concisely set forth plaintiff's contentions (including citations to the page(s) of the administrative record where cited evidence is found, complete citations to relevant legal authority, and definitions of medical terminology).]

ii.     The Commissioner's Contentions Regarding Issue No. 1 [The Commissioner shall concisely set forth The Commissioner's contentions (including citations to the page(s) of the administrative record where cited evidence is found, complete citations to relevant legal authority, and definitions of medical terminology).]

iii.     Plaintiff's Reply Regarding Issue No. 1 [Plaintiff may, but is not required to, reply to the contentions actually raised by the Commissioner; provided, however, that any such reply does not exceed 56 continuous lines of text per issue.]

b.     Issue No. 2, etc. [Repeat the foregoing format as needed.]

5.   *Relief Requested*

a.     Plaintiff's statement of relief requested.

b.     The Commissioner's statement of relief requested.


II.   **Motions and Petitions for Attorney Fees**


A.   Equal Access to Justice Act

1.     Any motion or petition for attorney fees, costs, and expenses shall be made in accordance with 28 U.S.C. § 2412 (EAJA).   Plaintiff shall electronically file a notice of any motion or petition for attorney fees, costs, and

4

expenses under the EAJA and manually serve a copy on the Office of Regional Counsel. **A courtesy copy of the motion or petition and supporting papers, with the Notice of Electronic Filing attached, shall be delivered to the Magistrate Judge's chambers (Suite 6165) no later than 12:00 noon on the following business day.**

2.     The Commissioner shall have a period of twenty-one (21) days from the date of electronic filing of the motion or petition within which to electronically file the Commissioner's opposition to the motion or petition. **A courtesy copy of the Commissioner's opposition papers, with the Notice of Electronic Filing attached, shall be delivered to the Magistrate Judge's chambers (Suite 6165) no later than 12:00 noon on the following business day.**

3.     If the Commissioner believes that there is a possibility of arriving at a settlement with plaintiff of the fees, costs and expenses issue, the parties shall electronically file a stipulation to extend the time for the Commissioner to file an opposition for the purpose of affording the parties an opportunity to discuss settlement. Any such stipulated extension shall be electronically filed prior to the date the Commissioner's opposition is due, and the stipulated extension shall be for no more than thirty (30) days.

4.     Assuming either that there is no extension to discuss settlement or that no settlement is reached after such an extension, plaintiff may electronically file a reply to the Commissioner's opposition within ten (10) days of service thereof. **A courtesy copy of the reply papers, with the Notice of Electronic Filing attached, shall be delivered to the Magistrate Judge's chambers (Suite 6165) no later than 12:00 noon on the following business day.**

5.     The matter will stand submitted pursuant to Local Rule 7-15 as of the date of the last filing.

B.     42 U.S.C. § 406(b)

1.     Any motion or petition for attorney fees pursuant to 42 U.S.C. § 406(b) shall be made by plaintiff's counsel within a reasonable time after the publication of a notice by the Commissioner allowing the Court to determine the maximum allowable fee under that provision.  The motion or petition shall include a statement by plaintiff's counsel indicating the amount of EAJA fees and/or 42 U.S.C. § 406(a) fees awarded and/or requested.

2.     Plaintiff's counsel shall electronically file a motion or petition for attorney fees pursuant to 42 U.S.C. § 406(b) and manually serve copies on the Office of Regional Counsel and on the plaintiff.  Plaintiff's counsel shall state in any notice that plaintiff may file any statement or opposition with the Court not more than fourteen (14) days after service of the motion [petition], and that any statement or opposition filed by plaintiff shall be served on both plaintiff's counsel and the AUSA.  **A courtesy copy of the motion or petition and supporting papers, with the Notice of Electronic Filing attached, shall be delivered to the Magistrate Judge's chambers (Suite 6165) no later than 12:00 noon on the following business day.**

3.     The Commissioner shall electronically file any statement or opposition not more than fourteen (14) days after service of the motion or petition, and also manually serve a copy on the plaintiff.  **A courtesy copy of the Commissioner's statement or opposition papers, with the Notice of Electronic Filing attached, shall be delivered to the Magistrate Judge's chambers (Suite 6165) no later than 12:00 noon on the following business day.**

4.     Plaintiff's counsel may electronically file a reply in support of the motion or petition within seven (7) calendar days of service of any statement or opposition, and also manually serve a copy on the plaintiff.  **A courtesy copy of the reply papers, with the Notice of Electronic Filing attached, shall be**

6

1  **delivered to the Magistrate Judge's chambers (Suite 6165) no later than**
2  **12:00 noon on the following business day.**
3        5.      The matter will stand submitted pursuant to Local Rule 7-15 as of
4  the date the last filing is due.
5
6  **IT IS SO ORDERED.**
7
8  DATED:  October 21, 2016
9
10
11  _____
12  KAREN E. SCOTT
    UNITED STATES MAGISTRATE JUDGE
13

7